IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC., and ANGEL
RUIZ RIVERA et al.,

    Plaintiffs,

v.                                           CIVIL NO. 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION, RICHARD RILEY,
et al.

    Defendants.

### ORDER FOR GOVERNMENT TO ANSWER COMPLAINT

Plaintiff has filed a complaint in accordance with the First Circuit Court of Appeals' directive in <u>Instituto de Educacion Universal Corp. v. U. S. Department of Education</u>, 1999 WL 525952 (1st Cir. April 21, 1999).

Accordingly, unless defendants, **on or before October 13, 2000,** file an Answer or otherwise plead in response to plaintiff's Complaint to Ask for Judicial Review... (**docket No. 20,** filed on July 21, 2000) default shall be automatically entered against them.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6 day of September, 2000.

RAYMOND L. ACOSTA
United States District Judge