

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC., and ANGEL
RUIZ RIVERA, et al.

     **V.**

          CASE NUMBER: CIVIL 98-2225 (RLA)

UNITED STATES DEPARTMENT
OF EDUCATION (U.S.D.E.),
RICHARD RILEY


O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 9/18/00   **Docket # 22**  [X] **Plffs**        [ ] **Defts**  [ ] **Other**  <br> **Title:** Letter Motion (with copies of Promissory Notes) | NOTED. |


September 19, 2000
    **Date**

RAYMOND L. ACOSTA
**U.S. District Judge**

| | |
|---|---|
| Rec'd: | EOD: |
| By: | #23 |