IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL CORP.

    Plaintiff,

    v.                              CIVIL NO. 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

    Defendants.

### ORDER DISMISSING INDIVIDUAL PLAINTIFF AND SETTING FINAL DEADLINE FOR CORPORATE PLAINTIFF TO APPEAR THROUGH COUNSEL

    Defendants have moved the Court to dismiss the *pro se* complaint filed in this case on behalf of ANGEL RUIZ RIVERA and the INSTITUTO DE EDUCATION UNIVERSAL, INC.[1] ("INSTITUTO") and to set a deadline for the submission of a corrected pleading.

    As pointed out in defendants' unopposed motion, our original dismissal of the claims asserted by ANGEL RUIZ RIVERA is final inasmuch as he voluntarily withdrew from the appellate proceedings and only the INSTITUTO's claim for judicial review remained subject to the Court of Appeals' jurisdiction.

    Further, corporations may only appear through counsel in judicial proceedings. <u>Instituto de Educacion Universal v. U.S.</u>

---

[1] <u>See</u> Complaint to Ask for Judicial Review... filed on July 21, 2000 (docket No. 20).

CIVIL NO. 98-2225 (RLA)                                         Page 2

Dep't of Educ., 209 F.3d 18, 22 (1st Cir. 2000); In re Las Colinas Dev. Corp., 585 F.2d 7, 13 (1st Cir. 1978)1.  Therefore, ANGEL RUIZ RIVERA's *pro se* complaint on behalf of the INSTITUTO is unavailing.

Accordingly, the Motion to Dismiss on Behalf of Defendants, filed on September 25, 2000 (docket No. **24**) is hereby **GRANTED** as follows.

All claims filed by ANGEL RUIZ RIVERA on his own behalf are hereby **DISMISSED**.  Judgment shall be entered accordingly.

Further, unless counsel enters an appearance on behalf of the INSTITUTO **on or before December 1, 2000** the claims asserted on its behalf shall likewise be dismissed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26TH day of October, 2000.

RAYMOND L. ACOSTA
United States District Judge