IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL CORP.

    Plaintiff,

    v.                           CIVIL NO. 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

    Defendants.

## PARTIAL JUDGMENT
## DISMISSING INDIVIDUAL PLAINTIFF

The Court having dismissed the claims filed by ANGEL RUIZ RIVERA on his own behalf through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the claims filed by ANGEL RUIZ RIVERA on his own behalf be and the same are hereby **DISMISSED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of October, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)

