UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL

V.                                   CIVIL NO. 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 2/20/01   Docket # 32<br>[X] Defendant<br><br>Title: Submission of Administrative Record | NOTED. |
| Date Filed: 2/20/01   Docket # 33<br>[X] Defendant<br><br>Title: Motion to be Exempted From Standing Order | GRANTED. |

February 22, 2001                    RAYMOND L. ACOSTA
     Date                            U.S. District Judge

Rec'd:          EOD:

By: /s/  # 34

4