UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC., and ANGEL
RUIZ RIVERA, et al.

V.

CASE NUMBER: CIVIL 98-2225 (RLA)

UNITED STATES DEPARTMENT
OF EDUCATION (U.S.D.E.),
RICHARD RILEY

ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 2/23/01    Docket # 36<br>[X] Plffs    [ ] Defts<br>[ ] Other<br><br>Title: Motion Requesting Continuance of Initial Scheduling Conference | GRANTED. The **Initial Scheduling Conference** scheduled for March 28, 2001 is hereby **CONTINUED SINE DIE**. |

March 7, 2001
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By: MN        #39

