UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL

V.                              CIVIL NO. 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 3/2/01   Docket # 37<br>[X] Plaintiff<br><br>Title: Motion for Reconsideration from Court Order | **DENIED.** |
| Date Filed: 3/2/01   Docket # 38<br>[X] Plaintiff<br><br>Title: Motion Requesting Additional Discovery Under Federal Rule of Civil Procedure 56(f) | **DENIED.** The Court finds no exceptional circumstances to warrant the additional discovery requested.<br>Plaintiff shall file its opposition to defendant's Motion for Summary Judgment **on or before June 1, 2001.** |
| Date Filed: 3/4/01   Docket # 42<br>[X] Plaintiff<br><br>Title: Motion Requesting Leave to File Reply | **GRANTED.** Tendered Replies shall be filed by the Clerk of the Court. |

May 17, 2001                RAYMOND L. ACOSTA
   Date                       U.S. District Judge