UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL

V.                              CIVIL NO. 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 5/31/01  Docket # 46<br>[X] Defendant<br><br>Title: Motion Requesting Brief Extension of Time to File Opposition to Motion for Summary Judgment | GRANTED until June 21, 2001. |

June  6th , 2001                FRANCES RIOS DE MORAN
      Date                      CLERK OF THE COURT

                                BY: _____
                                      DEPUTY CLERK

Rec'd:          EOD:

By: _____ # 47