# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL

V.

UNITED STATES DEPT. OF EDUCATION

CIVIL NO. 98-2225 (RLA)

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** 6/26/01    **Docket #** 51<br><br>[**X**] Defendant<br><br>**Title:** Motion Requesting Leave to Reply | **BY ORDER OF HON. JUDGE RAYMOND L. ACOSTA:**<br><br>**GRANTED** as requested until **July 26, 2001.** |

June 29, 2001
Date

FRANCES RIOS DE MORAN
CLERK OF THE COURT

By: _____
Deputy Clerk

| Rec'd: | EOD: |
|---|---|
| By: | #52 |