UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL

V.                                CIVIL NO. 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 8/1/01   Docket # 54 | GRANTED. |
| [X] Plaintiff | |
| Title: Motion Requesting Leave to File Surreply | |

August 8, 2001         RAYMOND L. ACOSTA
     Date              U.S. District Judge

Rec'd:            EOD:

By: /s/ # 55