UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL

V.                           CIVIL NO. 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 12/28/01   Docket # 58 | GRANTED as requested until January 22, 2002. |

[X] Defendant

Title: Motion Requesting
Extention [sic] of Time

January 9, 2002        RAYMOND L. ACOSTA
Date                   U.S. District Judge

Rec'd:        EOD:

By: /s/  # 59