## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL

    V.

                            CIV. NO. 98-2225 (RLA)

UNITED STATES DEPARTMENT OF EDUCATION

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 6/12/03  **Docket #** 65<br><br>[X] **Dft.** USA<br><br>**Title:** MOTION REQUESTING EXTENSION OF TIME | BY ORDER OF HON. JUDGE RAYMOND L. ACOSTA:<br><br>**GRANTED until July 11, 2003.** |

June *16*, 2003                  FRANCES RIOS DE MORAN
**Date**                         Clerk of the Court

                           By: *Rivera-Buonomo*
                                Deputy Clerk

| Rec'd: | EOD: |
|---|---|
| **By:** | **#** |