UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL

V.   CIVIL NO. 98-2225 (RLA)

UNITED STATES DEPT. OF EDUCATION

| MOTION | RULING |
|---|---|
| Date Filed: 6/4/03   Docket # 64<br><br>[X] Defendant<br><br>Title: Motion to Supplement Plaintiff's Motion for Summary Judgment | BY ORDER OF HON. JUDGE RAYMOND L. ACOSTA:<br><br>DENIED. |

July 28, 2003        FRANCES RIOS DE MORAN
   Date              CLERK OF THE COURT

By: /s/ Rivera-Buonomo
    Deputy Clerk

Rec'd:        EOD:

By:           #


