IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION
UNIVERSAL, INC.,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION AND THE HONORABLE
SECRETARY OF EDUCATION RICHARD
RILEY,

    Defendant.

CIVIL NO. 98-2225 (RLA)

**FINAL JUDGMENT**

    The court having granted Defendants' Motion for Summary Judgment affirming that its administrative action was neither arbitrary nor capricious, it is hereby

    ORDERED AND ADJUDGED that Plaintiff is liable to pay Defendants **$2,725,879** in assessed liabilities and **$150,000** in fines.

    IT IS SO ORDERED.

    San Juan, Puerto Rico, this 26th day of October, 2004.


                      S/Raymond L. Acosta
                      RAYMOND L. ACOSTA
              United States District Judge