**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

INSTITUTO DE EDUCACION
UNIVERSAL, et al.

      **V.**        **CASE NUMBER:** CIVIL 98-2225 (RLA)

UNITED STATES DEPARTMENT
OF EDUCATION, et al.

<u>**O R D E R**</u>

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/5/04   **Docket #** 22<br>[X] **Plffs**   [ ] **Defts**<br>[ ] **Other**<br><br>**Title:** Motion Requesting Leave to Withdraw as Legal Representatives | **DENIED** until such time as new counsel enters an appearance. |

                                        S/Raymond L. Acosta
November 8, 2004          **RAYMOND L. ACOSTA**
      **Date**                **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |