EXHIBIT 5

NOTICE OF LEVY

Form 668-A(c)(DO)
(Rev. August 1994)

Department of the Treasury – Internal Revenue Service

## Notice of Levy

| DATE: | DISTRICT: | TELEPHONE NUMBER OF IRS OFFICE: |
|---|---|---|
| June 17, 1998 | a/c International | (787) 759-5493 |

REPLY TO:
Internal Revenue Service
Mercantil Plaza Building
2 Ave Ponce De Leon, Suite 904
San Juan, Puerto Rico 00919-1893
ATTN: NORBERTO RUIZ

FAX: (787) 251-4570

TO: U.S. DEPT. OF EDUCATION
OFFICE OF GENERAL COUNSEL
600 INDEPENDENCE AVE. SW
WASHINGTON, D.C. 20202
ATTN: LCDA. GIE MONTERO

NAME AND ADDRESS OF TAXPAYER:

INSTITUTO DE EDUCATION UNIVERSAL
INC.
P.O. BOX 191209
SAN JUAN, P.R. 00919-1209

IDENTIFYING NUMBER(S):
66-0384887

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 941PR | 06/30/95 | $ 189,297.10 | $ 107,847.31 | $ 297,144.41 |
| 1PR | 09/30/95 | 287,570.00 | 135,633.59 | 423,203.59 |
| 941PR | 12/31/95 | 249,274.79 | 112,486.44 | 361,761.23 |
| 6672 | 12/31/95 | 336,842.83 | 45,477.52 | 382,320.35 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ———————————➤

Total Amount Due ▶ 1,464,429.58

09/30/98

We figured the interest and late payment penalty to ————————

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code <u>must be held for 21 calendar days</u> from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying numbers(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy:
1. Make your check or money order payable to Internal Revenue Service.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub.).
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title REVENUE OFFICER |
|---|---|

Part 5 - IRS (TDA) COPY

FORM 668-A(c) (DO) (Rev. 8-94) 15704T

095