IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
04 NOV -8 PM 12: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

INSTITUTO DE EDUCACION UNIVERSAL

V.

98-2225 (RLA)

U.S. DEPARTMENT OF EDUCATION

## MOTION TO INCLUDE OMITTED PAGE

To the Honorable Court (HC):

Comes now the Plaintiffs', Angel Ruiz Rivera (ARR), appearing here on his own right (Pro Se); In Forma Pauperis (IFP), and in representation of IEU, and respectfully states, alleges and prays as follows:

1. Last Friday November 5, 2004, I timely filed an Injunctive Relief Petition.

2. Page 8 of that Petition accidentally slipped out of the rest of the document at the photocopying center. For that reason you will notice that we re-signed the petition at the bottom of page 7 and at the certificate of service that appears on page 9, besides initializing all pages. This was the best we could do since when we noticed the omission, we could not recover the missing page before filing since we live in Cidra. We are hereby including the omitted page so that it can be inserted in the rest of the document.

3. We sincerely apologize to the HC and the adverse party if this omission causes any inconveniences.

So we state, allege and pray. Respectfully submitted, today November 5, 2004.

*[signature]*

Angel Ruiz Rivera
Pro Se and for IEU IFP
P.O. Box 191209, San Juan, P.R. 00919-1209.
787-714-1069

## Certificate of Service

*[signature]*

I, Angel Ruiz Rivera, appearing for the Plaintiffs', Pro Se and IFP, hereby certify that a copy of this petition was served through mail to the appearing counsel for the Defendant, Isabel Munoz Acosta, Esq., U.S. Attorney's Office for the District of Puerto Rico, Civil Division, Plaza Chardon Suite 1201, 350 Chardon Ave. Hato Rey, P.R. 00918.