eventually have in case it ultimately prevails. It is clearly a preferred credit in rank and time because it is attached to the social security or FICA payments of the hundreds of IEU workers that were not paid for the quarters of October-December 1995, January -March 1996 and April - June 1996 as a result of the unconstitutional and illegal preconfiscation of those funds owed to IEU by the USDE. Since this credit is older that anyone that the USDE may eventually have, the old maxim "first in time-first in right" applies to it.

For all the above stated reasons I Pray that this HC grants this injunction ordering the USDE to:

1. Comply with the USDT-IRS Notice of Levy

2. Release the balance of the funds preconfiscated so that IEU can avail itself of its right to have legal representation of its choice, even if this is under the supervision of this HC or a judicial administrator appointed by it.

In the alternative, allow ARR to represent the extinct and inexistent entity for what may be left of this litigation.

3. That it stays the judgment and all its effects while this injunctive relief petition is resolved.

So we state, allege and pray. Respectfully submitted, today November 5, 2004.

Angel Ruiz Rivera
Pro Se and for IEU IFP
P.O. Box 191209, San Juan, P.R. 00919-1209.
787-714-1069

8