IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INSTITUTO DE EDUCACION UNIVERSAL

V.

98-2225 (RLA)

U.S. DEPARTMENT OF EDUCATION

---

### INFORMATIVE MOTION

To the Honorable Court (HC):

Come now the Plaintiffs', Angel Ruiz Rivera (ARR), appearing here on his own right (Pro Se); In Forma Pauperis (IFP), and in representation of IEU, the defunct since 1998 legal fiction and respectfully states, alleges and prays as follows:

1. On November 5, 2004, I respectfully filed an Injunctive Relief Petition where, inter alia, I requested this HC to order the U.S. Department of Education (USDE) to pay the proceeds corresponding to a duly and timely filed Notice of Levy by the Internal Revenue Service(IRS) on June 17, 1998, against funds unconstitutionally preconfiscated, seized or forfeited from the Plaintiffs' without a valid final legal claim on which to support same.

2. On November 17, 2004, we have filed a Mandamus Petition at the U.S. Court of Appeals for the District of Columbia, requesting that HC to order the Commissioner of the IRS to enforce theed collection of same levy. This way we are making sure that one way or the other, the USDE ends paying at least part of what it stole from us. Perhaps if the Court of Appeals does eventually grants the Mandamus Petition this HC may feel persuaded to grant the rest of our

1

Injunctive Relief Petition in regards to the liberation and separation of a portion of the funds to pay the costs of legal representation of the Plaintiffs.

We are filing this motion with copy of that Petition for your information and knowledge.

So we state, allege and pray.

Respectfully submitted, today November 17, 2004.

Angel Ruiz Rivera
Pro Se and for IEU IFP
P.O. Box 191209, San Juan, P.R. 00919-1209.
787-714-1069

**Certificate of Service**

I, Angel Ruiz Rivera, appearing for the Plaintiffs', Pro Se and IFP, hereby certify that a copy of this petition was served through mail to the appearing counsel for the Defendant, Isabel Munoz Acosta, Esq., U.S. Attorney's Office for the District of Puerto Rico, Civil Division, Plaza Chardon Suite 1201, 350 Chardon Ave. Hato Rey, P.R. 00918.

2