# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

In Re: Angel Ruiz Rivera          USCA No. _____

v.

Commissioner Internal Revenue Service   USDC No. _____

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, _Angel Ruiz Rivera_____, declare that I am the
☐ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Petition the Honorable Court to Order the Commissioner of the Internal Revenue Service to enforce a Notice of Levy, duly and timely filed on June 17, 1998, against funds unconstitutionally and illegally preconfiscated, seized or forfeited by the U.S. Department of Education.

Signature _____
Name of Pro Se Litigant (PRINT) _Angel Ruiz Rivera_
Address _P.O. Box 19209_
_S.J., P.R. 00919-1209._

Submit original with a certificate of service to:

Clerk, U.S. Court of Appeals
for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

[USCADC Form 53 (Rev. Jan 1997, Jan 2003)]          -1-

## Affidavit Accompanying Motion for
## Permission to Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

In Re: *Angel Ruiz Rivera*

Case No. _____

v.

*Commissioner Internal Revenue Service*

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _[signature]_    Date: 11/12/2004

**My issues on appeal are:**

Petition the Honorable Court to Order the Commissioner of the Internal Revenue Service to enforce a Notice of Levy, duly and timely filed on June 17, 1998 against funds illegally preconfiscated, seized or forfeited by the U.S. Department of Education.

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]    -2-

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-7135**                                **September Term, 2004**

Filed On: November 15, 2004

[859747]
In re: Angel Ruiz Rivera,
          Petitioner

**BEFORE:**    Ginsburg, Chief Judge, and Sentelle and Henderson, Circuit Judges

## ORDER

Upon consideration of the petition for a writ of mandamus and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for a writ of mandamus be denied, as this court has no authority over the District of Columbia Office of Bar Counsel.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. *Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | S_____ | S_____ | S_____ | S_____ |
| Self-employment | S_____ | S_____ | S_____ | S_____ |
| Income from real property (such as rental income) | S 2,000— | S_____ | S_____ | S_____ |
| Interest and dividends | S_____ | S_____ | S_____ | S_____ |
| Gifts | S_____ | S_____ | S_____ | S_____ |
| Alimony | S_____ | S_____ | S_____ | S_____ |
| Child support | S_____ | S_____ | S_____ | S_____ |
| Retirement (such as social security, pensions, annuities, insurance) | S_____ | S_____ | S_____ | S_____ |
| Disability (such as social security, insurance payments) | S_____ | S_____ | S_____ | S_____ |
| Unemployment payments | S_____ | S_____ | S_____ | S_____ |
| Public-assistance (such as welfare) | S_____ | S_____ | S_____ | S_____ |
| Other (specify): _____ | S_____ | S_____ | S_____ | S_____ |
| Total monthly income: | S 2,000— | S_____ | S_____ | S_____ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Unemployed since 1997 | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Because of a pre-nuptial agreement there is no conjugal partnership, this I do not have this information. | | | |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]          -3-

4. How much cash do you and your spouse have? $_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| I do not have any. | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value) _____

Other real estate (Value) _____

Motor vehicle # 1  2000 (Value)
Make & year: Oldsmobile 1995
Model: Cutlass
Registration #: _____

Motor vehicle #2  2000 (Value)
Make & year: Pontiac 1995
Model: Grand Prix
Registration #: _____

Other Assets (Value) _____

Other Assets (Value) _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | | |
| | | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Aryshian Ruiz | Son | 23 |
| Vriyan Ruiz | " | 22 |
| Summer Ruiz | " | 18 |
| Sylvia Ruiz | Daughter | 16 |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]    -4-

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 — | $ |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 300 — | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ 600 — | $ |
| Clothing | $ 100 — | $ |
| Laundry and dry-cleaning | $ 100 — | $ |
| Medical and dental expenses | $ 100 — | $ |
| Transportation (not including motor vehicle payments) | $ 200 — | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100 — | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ | $ |
| Installment payments | $ | $ |
| Motor Vehicle | $ | $ |
| Credit card (name): *Angel Rodriguez First Bank SPS* *to 0011 7643 M/C* | $ 250 — | $ |
| Department store (name): _____ | $ | $ |
| Other: _____ | $ | $ |
| Alimony, maintenance, and support paid to others (X) | $ 500 — | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): _____ | $ | $ |
| Total monthly expenses: | $ 2250 — | $ |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]          -5-

*Although I have child support obligations by court of $2,250 and $1,068 a month, I only contribute $500 which is what I can afford barely.*

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   [X] No   If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. As a result, to [of] the barbaric actions of U.S. officials, I have become unlawfully destitute. I have been granted IFP status by the USCA/C in 98-1242. By the USDC PR in 98-1300, 99-1012, 00-1609, and others. Recently I was granted IFP status in 04-cv-10/et at the USDC DC. By the U.S. Supreme Court in case 02-6595.

13. State the address of your legal residence.
Calle 1 P-11 Estancias de Gdra, Gdra, P.R. 00739
_____

Your daytime phone number: (717) 714-1069
Your age: 50    Your years of schooling: 21
Your social-security number: 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