# United States Court of Appeals
## For the First Circuit

No. 99-1628

ANGEL RUIZ-RIVERA, PRO SE AND IN REPRESENTATION OF
INSTITUTO DE EDUCACION UNIVERSAL;
INSTITUTO DE EDUCACION UNIVERSAL,

Plaintiffs, Appellants,

v.

UNITED STATES, U.S. DEPARTMENT OF EDUCATION; RICHARD RILEY,
SECRETARY, U.S. DEPARTMENT OF EDUCATION,

Defendants, Appellees.

ORDER OF COURT

Entered: June 24, 1999

Upon careful consideration of the response to our order dated June 4, 1999, we conclude that appellant Angel Ruiz Rivera, a non-attorney, may not represent the corporate appellant, Instituto Educacion Universal, Inc., before this court. Accordingly, unless counsel enters an appearance for the corporate appellant on or before July 23, 1999, Angel Ruiz Rivera will be treated as the only appellant.

Appellant Angel Ruiz Rivera should explain in his appellate brief on what basis he has standing to appeal.

So ordered.

By the Court:

PHOEBE MORSE
Clerk.

[cc: Mr. Ruiz-Rivera, Ms. Munoz-Acosta]

Attachment 1