Subj: **Fees**
Date: 2/11/2005 1:49:22 PM SA Eastern Standard Time
From: mgoldstein@dowlohnes.com
To: ARUIZRIVERA@aol.com

Angel

Hope this helps. Good fortune.

Mike

Michael B. Goldstein
Member of the Firm &
Education Practice Leader
Dow, Lohnes & Albertson, pllc
1200 New Hampshire Avenue, N.W.
Washington, DC 20036
Phone 202-776-2569
Direct Fax 202-776-4569
mgoldstein@dowlohnes.com
www.dowlohnes.com

This message from the law firm of Dow, Lohnes & Albertson, PLLC, may contain confidential or privileged information. If you received this transmission in error, please call us immediately at (202)776-2000 or contact us by E-mail at admin@dlalaw.com. Disclosure or use of any part of this message by persons other than the intended recipient is prohibited.

| Client | Matter | Bill # | Date | Total Billed | Fees Billed | Expenses | Interest Billed |
|---|---|---|---|---|---|---|---|
| 19204 | 1 | 240205 | 5/12/1995 | $577.57 | $450.00 | $127.57 | $0.00 |
| 19204 | 1 | 244601 | 8/10/1995 | $225.00 | $225.00 | $0.00 | $0.00 |
| 19204 | 1 | 247290 | 10/10/1995 | $156.25 | $150.00 | $6.25 | $0.00 |
| 19204 | 1 | 248943 | 11/13/1995 | $11,262.62 | $11,202.50 | $60.12 | $0.00 |
| 19204 | 1 | 250091 | 12/6/1995 | $3,194.41 | $3,180.00 | $14.41 | $0.00 |
| 19204 | 1 | 252099 | 1/14/1996 | $1,104.89 | $1,095.50 | $9.39 | $0.00 |
| 19204 | 1 | 253811 | 2/10/1996 | $15,346.30 | $14,772.50 | $573.80 | $0.00 |
| 19204 | 1 | 255614 | 3/14/1996 | $2,658.07 | $2,616.00 | $42.07 | $0.00 |
| 19204 | 1 | 256932 | 4/12/1996 | $2,799.38 | $2,723.50 | $75.88 | $0.00 |
| 19204 | 1 | 258446 | 5/12/1996 | $6,275.29 | $5,746.50 | $528.79 | $0.00 |
| 19204 | 1 | 259047 | 5/21/1996 | $246.77 | $0.00 | $0.00 | $246.77 |
| 19204 | 1 | 260223 | 6/13/1996 | $9,393.81 | $8,247.00 | $1,146.81 | $0.00 |
| 19204 | 1 | 260464 | 6/17/1996 | $270.08 | $0.00 | $0.00 | $270.08 |
| 19204 | 1 | 261549 | 7/12/1996 | $188.43 | $70.00 | $118.43 | $0.00 |
| 19204 | 1 | 261970 | 7/16/1996 | $312.07 | $0.00 | $0.00 | $312.07 |
| 19204 | 1 | 264646 | 9/12/1996 | $322.45 | $312.00 | $10.45 | $0.00 |
| 19204 | 1 | 264727 | 9/13/1996 | $913.45 | $0.00 | $0.00 | $913.45 |
| 19204 | 1 | 266589 | 10/14/1996 | $354.96 | $314.50 | $40.46 | $0.00 |
| 19204 | 1 | 266631 | 10/15/1996 | $598.53 | $0.00 | $0.00 | $598.53 |
|  |  |  |  | $56,200.33 | $51,105.00 | $2,754.43 | $2,340.90 |
| 19204 | 2 | 244601 | 8/10/1995 | $165.00 | $165.00 | $0.00 | $0.00 |
| 19204 | 2 | 245570 | 9/9/1995 | $75.00 | $75.00 | $0.00 | $0.00 |
| 19204 | 2 | 248943 | 11/13/1995 | $9,015.59 | $8,984.00 | $31.59 | $0.00 |
| 19204 | 2 | 250091 | 12/6/1995 | $18,854.43 | $18,586.50 | $267.93 | $0.00 |
| 19204 | 2 | 252099 | 1/14/1996 | $8,953.15 | $8,514.50 | $438.65 | $0.00 |
| 19204 | 2 | 253811 | 2/10/1996 | $6,144.30 | $5,923.50 | $220.80 | $0.00 |
| 19204 | 2 | 255614 | 3/14/1996 | $7,633.68 | $7,582.50 | $51.18 | $0.00 |
| 19204 | 2 | 256932 | 4/12/1996 | $459.09 | $427.50 | $31.59 | $0.00 |
| 19204 | 2 | 258446 | 5/12/1996 | $903.25 | $901.50 | $1.75 | $0.00 |
| 19204 | 2 | 259048 | 5/21/1996 | $226.47 | $0.00 | $0.00 | $226.47 |
| 19204 | 2 | 261549 | 7/12/1996 | $4,667.37 | $4,531.00 | $136.37 | $0.00 |
| 19204 | 2 | 261971 | 7/16/1996 | $420.23 | $0.00 | $0.00 | $420.23 |
| 19204 | 2 | 264646 | 9/12/1996 | $424.56 | $390.00 | $34.56 | $0.00 |
| 19204 | 2 | 264728 | 9/13/1996 | $339.73 | $0.00 | $0.00 | $339.73 |
|  |  |  |  | $58,281.85 | $56,081.00 | $1,214.42 | $986.43 |
| 19204 | 3 | 238264 | 4/10/1995 | $3,660.00 | $3,660.00 | $0.00 | $0.00 |
| 19204 | 3 | 240205 | 5/12/1995 | $5,433.53 | $5,331.50 | $102.03 | $0.00 |
| 19204 | 3 | 241651 | 6/13/1995 | $14,338.27 | $13,909.00 | $429.27 | $0.00 |
| 19204 | 3 | 242786 | 7/8/1995 | $5,694.18 | $5,545.00 | $149.18 | $0.00 |
| 19204 | 3 | 244601 | 8/10/1995 | $1,971.46 | $1,831.50 | $139.96 | $0.00 |
| 19204 | 3 | 245570 | 9/9/1995 | $530.58 | $478.50 | $52.08 | $0.00 |
| 19204 | 3 | 247290 | 10/10/1995 | $2,819.79 | $2,791.50 | $28.29 | $0.00 |
| 19204 | 3 | 248943 | 11/13/1995 | $1,771.90 | $1,705.00 | $66.90 | $0.00 |
| 19204 | 3 | 250091 | 12/6/1995 | $6,508.04 | $6,375.00 | $133.04 | $0.00 |
| 19204 | 3 | 252099 | 1/14/1996 | $6,263.84 | $6,003.00 | $260.84 | $0.00 |
| 19204 | 3 | 255614 | 3/14/1996 | $1,150.83 | $1,120.00 | $30.83 | $0.00 |
| 19204 | 3 | 256932 | 4/12/1996 | $734.75 | $682.50 | $52.25 | $0.00 |
| 19204 | 3 | 258446 | 5/12/1996 | $2,584.41 | $2,548.00 | $36.41 | $0.00 |
| 19204 | 3 | 259049 | 5/21/1996 | $93.96 | $0.00 | $0.00 | $93.96 |
| 19204 | 3 | 261549 | 7/12/1996 | $590.97 | $585.00 | $5.97 | $0.00 |
| 19204 | 3 | 261972 | 7/16/1996 | $45.55 | $0.00 | $0.00 | $45.55 |
|  |  |  |  | $54,192.06 | $52,565.50 | $1,487.05 | $139.51 |
| 19204 | 4 | 240205 | 5/12/1995 | $467.84 | $466.50 | $1.34 | $0.00 |
| 19204 | 4 | 244601 | 8/10/1995 | $225.00 | $225.00 | $0.00 | $0.00 |
| 19204 | 4 | 250091 | 12/6/1995 | $981.26 | $966.00 | $15.26 | $0.00 |
| 19204 | 4 | 252099 | 1/14/1996 | $12,538.50 | $12,416.00 | $122.50 | $0.00 |
| 19204 | 4 | 255614 | 3/14/1996 | $1,144.48 | $1,062.00 | $82.48 | $0.00 |
| 19204 | 4 | 256932 | 4/12/1996 | $1,712.89 | $1,577.50 | $135.39 | $0.00 |
| 19204 | 4 | 258446 | 5/12/1996 | $49.87 | $0.00 | $49.87 | $0.00 |
| 19204 | 4 | 259050 | 5/21/1996 | $188.08 | $0.00 | $0.00 | $188.08 |
|  |  |  |  | $17,307.92 | $16,713.00 | $406.84 | $188.08 |
| 19204 | 5 | 256932 | 4/12/1996 | $4,976.00 | $4,976.00 | $0.00 | $0.00 |
| 19204 | 5 | 258446 | 5/12/1996 | $4,091.91 | $4,050.00 | $41.91 | $0.00 |
| 19204 | 5 | 260223 | 6/13/1996 | $1,475.52 | $1,462.50 | $13.02 | $0.00 |
| 19204 | 5 | 261549 | 7/12/1996 | $1,447.36 | $1,417.50 | $29.86 | $0.00 |
| 19204 | 5 | 261973 | 7/16/1996 | $74.64 | $0.00 | $0.00 | $74.64 |
| 19204 | 5 | 263061 | 8/13/1996 | $857.31 | $652.50 | $204.81 | $0.00 |
| 19204 | 5 | 263355 | 8/16/1996 | $136.02 | $0.00 | $0.00 | $136.02 |
|  |  |  |  | $13,058.76 | $12,558.50 | $289.60 | $210.66 |

Client Total: $199,840.92    $189,023.00    $6,152.34    $3,865.58

Total Paid: 117,465.86

```
Date: 02/10/05
Page: 1
                        TABS III Client Ledger Report
              Balber Pickard Battistoni Maldonado & Van Der Tuin, PC

Thru 02/10/05

    33255.00M Instituto de Educacion Universal

              Payment   Apply to
   Date       Amount    Stmt #         Fees        Expenses    Advances    Bal.
Due Stmt # Ref #
   ----      ---------  ------      ----------    --------   ---------
--------   ------  -----
Subtotal    132041.16                115951.70    1174.59    14914.87
0.00


Total
            132041.16                115951.70    1174.59    14914.87
0.00
```

**SCHUSTER USERA & AGUILO LLP**
ATTORNEYS & COUNSELLORS AT LAW
PO BOX 363128
SAN JUAN PR 00936-3128
TEL: (787) 765-4646
FAX: (787) 765-4611

February 10, 2005

INSTITUTO DE EDUCACION UNIVERSAL
C/O MR. ANGEL RUIZ
PO BOX 191209
SAN JUAN PR 00919-1209

RE: Our Matter #1316-10
   v. U.S. Department of Education

## STATEMENT OF ACCOUNT AS OF FEBRUARY 10, 2005

| Date | Description | Inv. Amount | Amount Due | Balance |
|---|---|---|---|---|
| 12/14/00 | Invoice #20003265 | 1,776.18 | - | - |
| 01/10/01 | Invoice #20003526 | 5,040.49 | - | - |
| 02/09/01 | Invoice #20010194 | 2,451.15 | - | - |
| 03/12/01 | Invoice #20010615 | 6,750.94 | - | - |
| 04/10/01 | Invoice #20010933 | 2,981.43 | - | - |
| 05/18/01 | Invoice #20011306 | 55.00 | - | - |
| 06/12/01 | Invoice #20011637 | 4,755.23 | - | - |
| 06/22/01 | Invoice #20011680 | 333.60 | - | - |
| 07/19/01 | Invoice # 20011933 | 7,919.80 | 902.45 | 902.45 |
| 08/13/01 | Invoice # 20012275 | 1,155.40 | 1,155.40 | 2,057.85 |
| 09/11/01 | Invoice # 20012619 | 2,740.89 | 2,740.89 | 4,798.74 |
| 11/13/01 | Invoice # 20013273 | 109.38 | 109.38 | 4,908.12 |
| 12/12/01 | Invoice # 20013571 | 6,249.00 | 6,249.00 | 11,157.12 |
| 01/11/02 | Invoice # 20013911 | 5,429.70 | 5,429.70 | 16,586.82 |
| 02/14/02 | Invoice # 20020207 | 704.82 | 704.82 | 17,291.64 |
| 03/18/02 | Invoice # 20020571 | 30.00 | 30.00 | 17,321.64 |
| 06/13/03 | Invoice # 20031759 | 64.30 | 64.30 | 17,385.94 |
| 07/15/03 | Invoice # 20032127 | 400.60 | 400.60 | 17,786.54 |
| 08/13/03 | Invoice # 20032477 | 6.94 | 6.94 | 17,793.48 |

**Amount due**                                                   **$ 17,793.48**

Total billed     $ 48,954.85
Total paid          31,161.37
Balance due     $ 17,793.48