**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

INSTITUTO DE EDUCACION UNIVERSAL,
et al.

       **V.**            **CASE NUMBER:** CIVIL 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** 2/11/05     **Docket #** 80  [X] **Pltff**  **Title:** Motion to Comply With Court Order of December 7, 2004 (requesting 90-day extension to obtain counsel) | It appearing that the defendant has no objection to this request, the same is hereby **GRANTED until May 31, 2005.** |

                                    S/Raymond L. Acosta
March 1, 2005             **RAYMOND L. ACOSTA**
    **Date**                 **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |