UNITED STATES COURT OF APPEALS
For the First Circuit

No. 99-1628

ANGEL RUIZ-RIVERA, PRO SE AND IN REPRESENTATION
OF INSTITUTO DE EDUCACION UNIVERSAL,
Plaintiffs, Appellants,

v.

U.S. DEPARTMENT OF EDUCATION, RICHARD RILEY, SECRETARY, U.S. DEPARTMENT
OF EDUCATION,
Defendants, Appellees

---

## CERTIFICATION OF ANGEL RUIZ RIVERA
## WITHDRAWING APPEAL IN HIS INDIVIDUAL CAPACITY

Regarding your Order of August 24, 1999, giving me until September 7, 1999 to file my Appeal Brief in this case, I hereby submit this Certification withdrawing the appeal I sought in my <u>individual</u> capacity in the above-referenced appeal. In view of the fact that in your Order of August 27, 1999, you have conceded to co-appellant Instituto de Educacion Universal until October 1, 1999 to file a Statement of Issues and Appeal Brief, and given my understanding that Instituto de Educacion Universal is the proper party with standing to prosecute this appeal, I hereby withdraw my appeal in my individual capacity only.

As you know, Instituto de Educacion Universal, is presently represented in this case by Attorneys Frank Inserni and Roger Maldonado, who have informed me that they will perfect Instituto de Educacion Universal's appeal by October 1, 1999, as required by your August 27, 1999 Order.

Respectfully submitted.

*[signature]*
Angel Ruiz Rivera

## CERTIFICATE OF SERVICE

I, Angel Ruiz Rivera, appearing here Pro Se, hereby certify that I have submitted, through Certified Mail, today Friday, September 3, 1999, a copy of a Certification of Angel Ruiz Rivera Withdrawing Appeal In His Individual Capacity, to the counsel of record for the appellees, Ms. Barbara Biddle, U.S. Department of Justice, Civil Appellate Division, Room 9124, 601 D St. NW., Washington, D.C. 20530, the law firm of Balber Pickard Battistoni Maldonado & Van Der Tuin, PC, 1370 Avenue of the Americas, New York, New York 10019-4602 and Frank D. Inserni, Esq. PO Box 193748, San Juan, Puerto Rico 00919-3748.

I, Angel Ruiz Rivera, certify under penalty of perjury that the foregoing is true and correct. Executed on September 3, 1999.

_____
Angel Ruiz Rivera
Pro Se