**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

INSTITUTO DE EDUCACION UNIVERSAL,
et al.

    **V.**　　　　　　　　　　　　　　　　**CASE NUMBER:** CIVIL 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** 3/14/05    **Docket #** 82<br>[X] **Defendants**<br><br>**Title:** Defendants' Motion to Vacate March 2 Order as Moot, Close this Case, and Strike This Case From the Court's Docket | **GRANTED.** Inasmuch as IEU can no longer appeal or otherwise revisit this Court's final judgment and no issues remain for adjudication on the merits Mr. Ruiz's request for additional time to seek new counsel for IEU is now MOOT. Accordingly, our Order of March 2, 2005 is hereby **VACATED** and this case is hereby **CLOSED.** |

                                          S/Raymond L. Acosta
March 14, 2005　　　　　　**RAYMOND L. ACOSTA**
    **Date**　　　　　　　　**U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |