**Form 4.**
**Affidavit to Accompany Motion for**
**Leave to Appeal in Forma Pauperis**

United States District Court for the District of _Puerto Rico_

A.B., Plaintiff _Instituto de Educacion Universal_
_and Angel Ruiz Rivera_
v.                                              Case No. _98-2225 (RLA)_

C.D., Defendant _U.S. Department of Education_

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621) Signed: _[signature]_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. Date: _4/4/2005_ |

My issues on appeal are:

1. For both you and you spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $5,000 | $ | $5,000 |
| Self-employment | $ 8 | $ | $ | $ |
| Income from real property (such as rental income) | $2,000 | $ | $2,000 | $ |
| Interest and dividends | $ | $ | $ | $ |

89

| | | | | |
|---|---|---|---|---|
| Gifts | $_____ | $_____ | $_____ | $_____ |
| Alimony | $_____ | $_____ | $_____ | $_____ |
| Child support | $_____ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance | $_____ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ | $_____ | $_____ |
| Other (specify):_____ | $_____ | $_____ | $_____ | $_____ |
| Total Monthly income: | $ 2,000- | $ 5,000- | $ 2,000- | $ 5,000- |

Due to a pre-nuptial agreement, I do not have rights or access to my spouse's income, neither de jure, nor de facto.

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Unemployed since 1997 | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Serbia Techical College | Guayama, P.R. | Sept. 2001 | $5,000— |

4. How much cash do you and your spouse have? $ 1,200-
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

90

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| *I do not have bank accounts. None will open one due to my credit.* | | | |
| BPPR | checking | $ 0 | $ 1,000 — |
| Doral Bank | " | $ 0 | $ 200 — |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

spouse's

Home (Value) $240,000
Other real estate (Value) ___
Motor Vehicle #1 $12,000 (Value)
Make & year: Chevrolet 2002
Model: Blazer
Registration #: ___

Motor Vehicle #2 $1,500 (Value)
Make & year: Oldsmobile 1995
Model: Cutlass
Registration #: ___

Other assets $1,500 — (Value)
Pontiac 1995
Grand Prix

Other assets (Value) ___

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Agueybana Ruiz | Son | 23 |
| Orayoán Ruiz | " | 22 |
| Guarionex Ruiz | " | 19 |
| Sylvia Ruiz | Daughter | 17 |
| V. Drabón Ruiz | Son | 9 |
| Brelcé Ruiz | Daughter | 4 |

91

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ _____ | $ 1,463 — <br> 381 — |
| Are any real estate taxes included? ☐ Yes ☒ No |  |  |
| Is property insurance included? ☐ Yes ☒ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 350 — | $ _____ |
| Home maintenance (repairs and upkeep) | $ 50 — | $ 75 — |
| Food | $ 600 — | $ 150 — |
| Clothing | $ 50 — | $ 250 — |
| Laundry and dry-cleaning | $ 50 — | $ 100 — |
| Medical and dental expenses | $ 50 — | $ 100 — |
| Transportation (not including motor vehicle payments) | $ 200 — | $ 300 — |
| Recreation, entertainment, newspapers, magazines, etc. | $ 50 — | $ 200 — |
| Insurance (not deducted from wages or included in Mortgage payments) | $ _____ | $ _____ |
|     Homeowner's or renter's | $ _____ | $ _____ |
|     Life | $ _____ | $ _____ |
|     Health | $ _____ | $ _____ |
|     Motor Vehicle | $ _____ | $ _____ |
|     Other: _____ | $ _____ | $ _____ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ _____ | $ _____ |

92

| | | |
|---|---|---|
| Installment payments | $_____ | $_____ |
|     Motor Vehicle | $_____ | $ 520- |
|     Credit card (name): Master Card | $ 250- | $ 250- |
|     Department store (name):_____ | $_____ | $_____ |
|     Other:_____ | $_____ | $_____ |
| Alimony, maintenance, and support paid to others De Jore / DEJure | $ 2,250 -220- De Facto / 1,068 -220- De facto | |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): Tuition + Fees | $_____ | $ 750- |
| **Total monthly expenses:** | $ 2,190- | $ 4,539- |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☒ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☐ No

If yes, how much? $_____

93

If yes, state the person's name, address, and telephone number:

_____
_____
_____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* See Exhibits.

13. *State the address of your legal residence.*
Calle 1 0-11 Estancias de Cedra, Cedra, P.R. 00739

Your daytime phone number: (787) 714-1069

Your age: 51      Your years of schooling: 21

Your social security number: 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

94

12. Since 1997 as a direct result of the damages caused to Instituto de Educacion Universal (IEU) and myself personally, we both went bankrupt de facto. For a brief period in 1999 when I was able to partially rehabilitate myself economically, I have remained financially bankrupt de facto. I never filed for the protection that the bankruptcy laws provide because of reasons, of honor, dignity and pride. I simply did not want to bequest my children the stigma of a bankrupt father. Instead, when I could not handle the pressure I temporarily exiled myself in Barbados, West Indies, while the steam cooled off sufficiently. Nevertheless, millions of dollars in debt keep haunting my present and future. Unfortunately, renewed efforts to try to rehabilitate myself economically after 1999, became awry again, and I now have to face another legal judgment against me, for $1,233,481.90, plus $10,000 for legal honoraria and interest accrued since April 15, 2004. (First Instance Tribunal Superior Court of Bayamon, DCD2001-1076- Trevi Caribe v. AIN, S.E., Angel Ruiz Rivera, et al. -Exhibit 7 ) That judgment has been sustained by the Supreme Court of P.R. as of this last April 6, 2005. (CC-04-1175- Exhibit 8). To make things worse, that judgment also affects my spouse even when we have a pre-nuptial agreement as a result of a fraudulent scheme put up by the lawyer who acted as notary which denunciation we have heretofore not been able to obtain. This situation most likely will make my divorce inevitable.

Recently on April 7, 2005, the Appeals Circuit Tribunal of P.R., Regional Circuit of Carolina, upheld an administrative law judge decision against me collecting over $75,000 in child support arrears. (KLRA-200400804, Angel Ruiz Rivera v. Mildred Perez Quiles - Exhibit 9) This is the lower one of my child support arrears situations. The higher one, owed to my first wife, surpasses the $150,000 amount.

As anyone can see, with approximately $2,000 a month in income, with all my present obligations which I cannot even meet and the past due debt of millions of dollars in liabilities, (See Exhibit 10, for most recent collection notices sent to me ) I need the granting of my IFP applications in order to be able to continue my struggle for vindication through the cases I am litigating Pro Se and hopefully find someday the eventual redress that could remove this Damocles spade over my head and worse, over my innocent children.

As a final note, I cannot understress the fact that I am presently litigating Pro Se and IFP, not for capricious or vicious reasons. Please see copies of invoices of some of the law firms I have retained in the past, in Washington, D.C., New York, and P.R., where you will corroborate that I have been invoiced over $350,00 by them. This list is not all inclusive and there are others with lesser amounts that altogether exceed $500,000. Exhibit 11.

1. Motion for Leave to Appear IFP in appeal 98-1242 at the U.S. Court of Appeals for the First Circuit - granted 3/27/1998.

2. Motion for Leave to Appear IFP in case 98-1300 (SEC) at the U.S. District Court - granted 4/6/1998.

3. Motion for Leave to Appear IFP in case 00-1609 (DRD) at the U.S. District Court - granted 6/7/2001.

4. Motion for Leave to Appear IFP in case 01-1963 (JAF) at the U.S. District Court - granted 2/20/2002.

5. Motion for Leave to Appear IFP in case 99-1012 (JAG) at the U.S. District Court - granted 4/4/2002.

6. Motion for Leave to Appear IFP in case 04-0610 at the U.S. District Court for the District of Columbia - granted June 28, 2004.

7. Motion for Leave To Appear IFP, in case 04-7135 at the U.S. Court of Appeals for the District of Columbia- in process.