# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:    May 19, 2005

DC #:    98-2225   (RLA)

APPEAL FEE PAID:    YES  _X_    NO  ___

CASE CAPTION:    Instituto de Educación Universal    v.
                 U. S. Department of Education

IN FORMA PAUPERIS:    YES  ___    NO  _X_

MOTIONS PENDING:    YES  ___    NO  _X_

NOTICE OF APPEAL FILED BY:    Plaintiff

APPEAL FROM:    Endorsed order entered on 03/31/05

SPECIAL COMMENTS:    Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                                VOLUMES:

Docket Entries    69,70,82-87                             I


I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

                                    FRANCES RIOS DE MORAN
                                    Clerk of the Court


                                    S/ Xiomara Muñiz
                                    Xiomara Muñiz
                                    Deputy Clerk

Acknowledgment of Receipt:
Received By:    _____
USCCA #:        _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk