## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record  to the Court of Appeals</u>

DATE:   May 26, 2005

DC #:   98-2225  (RLA)

USCA #: 05-1775

CASE CAPTION:          Angel Ruiz-Rivera       v.     USA

SPECIAL COMMENTS:      Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries  1-14 | I |
| Docket Entries  15-47 | II |
| Docket Entry  20  only (w/Binder attached) | III |
| Docket Entry  22  only (2 Binders) | IV |
| Docket Entry  48  only | V |
| Docket Entries  49-56 | VI |
| Docket Entry  57  only | VII |
| Docket Entries  58-87 | VIII |
| Docket Entry  64  only | VIIIa |

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:        _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk