IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Instituto de Educacion Universal, Et Al.

v.                                              98-2225 (RLA)

U.S. Department Of Education,
Richard Riley, Secretary

## MOTION FOR RELIEF OF JUDGMENT

EXHIBITS

(Exhibit 1). That Complaint was dismissed with the pretext that the issues presented were part of sub judice and pendente lite cases. We moved for a Mandamus at the U.S. Court of Appeals for the D.C. Circuit (USCADCC) and it dismissed it for want of subject matter jurisdiction not before referring us to file it at the D.C. Court of Appeals where we are re-filing it contemporaneously. See 04-1397 at the USCADCC.

2. See Letters to the U.S. Attorney forewarning him that his staff had been derelict in their duties by not having sifted the evidence of the case and having acted as mere rubber stamps, sounding boards or dummies of the client agency lawyers (USDE). (Exhibit 2).

3. See August 26, 2004 Complaint against the U.S. Attorney's Office lawyers filed before the U.S. Department of Justice Office of Professional Responsibility. (Exhibit 3).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Instituto de Educacion Universal, Et Al.

v.                                              98-2225 (RLA)

U.S. Department Of Education,
Richard Riley, Secretary

**MOTION FOR RELIEF OF JUDGMENT**

EXHIBIT

1. See Complaint for Violation of the Rules Of Professional Conduct (CVRPC) at the Office of the Bar Counsel (OBC) of the D.C. Bar against the intervening USDE lawyers. (Exhibit 1). That Complaint was dismissed by the D.C. Bar with the pretext that the issues presented were part of sub judice and pendente lite cases. We moved for a Mandamus at the U.S. Court of Appeals for the D.C. Circuit (USCADCC) and it dismissed it for want of subject matter jurisdiction not before referring us to file it at the D.C. Court of Appeals where we are re-filing it contemporaneously. See 04-1397 at the USCADCC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Instituto de Educacion Universal, Et Al.

v.  98-2225 (RLA)

U.S. Department Of Education,
Richard Riley, Secretary

**MOTION FOR RELIEF OF JUDGMENT**

EXHIBIT

2. See Letters to the U.S. Attorney forewarning him that his staff had been derelict in their duties by not having sifted the evidence of the case and having acted as mere rubber stamps, sounding boards or dummies of the client agency lawyers (USDE). (Exhibit 2).

58

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Instituto de Educacion Universal, Et Al.

v.                                                                                          98-2225 (RLA)

U.S. Department Of Education,
Richard Riley, Secretary

---

**MOTION FOR RELIEF OF JUDGMENT**

EXHIBIT 3

3. See August 26, 2004 Complaint against the U.S. Attorney's Office lawyers filed before the U.S. Department of Justice Office of Professional Responsibility. (Exhibit 3).

59