UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL RUIZ RIVERA

    **Plaintiff**

    v.                                 Civil No. 00-1609 (DRD)

SELYA, BOUDIN, STAHL, LYNCH,
LIPEZ, BRODY, WOLF, DI CLERICO, AND
TORRES all in their personal capacity

## ORDER

On June 30, 2000, the Court issued an Order and Judgment dismissing Plaintiff's Complaint on grounds of judicial immunity. (Docket Nos. 3 & 4). In so doing, the Court accidentally left out Honorable Circuit Court Judge Lynch's name and misspelled Honorable District Court Judge Wolf's name on the list of Defendants in the heading. The Court, therefore, amends its Order and Judgment to correct these mistakes.

Furthermore, on May 19, 2000, Plaintiff filed a motion to amend the Complaint so as to increase his demand for compensatory damages from $50,000.00 to $75,000.00. (Docket No. 2). Said request to amend is hereby declared to be MOOT as the Court's decision to dismiss the Complaint on grounds of judicial immunity stands despite the amendment.

IT IS SO ORDERED.

Date: July 18, 2000                           DANIEL R. DOMINGUEZ
                                                      U.S. DISTRICT JUDGE

**EXHIBIT 2**