# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 00-2155

ANGEL RUIZ-RIVERA,
Plaintiff, Appellant,

v.

BRUCE SELYA, ET AL.,
Defendants, Appellees.

Before

Cyr, Campbell and Bownes,
<u>Senior Circuit Judges</u>.

Order of Court
Entered: October 30, 2000

    Appellant's motion to hold this appeal in abeyance and to transfer the case to another circuit court of appeals is <u>denied</u>. First, the judgment below is valid and final. Second, there is no need for a transfer in this case. <u>See</u> <u>Bolin</u> v. <u>Story</u>, No. 99-13880, 2000 WL 1263827, at *3-*4 (11th Cir. September 6, 2000); <u>Switzer</u> v. <u>Berry</u>, 198 F.3d 1255, 1258 (10th Cir. 2000); <u>Tapia-Ortiz</u> v. <u>Winter</u>, 185 F.3d 8, 10 (2d Cir. 1999) (per curiam).

    We also have reviewed the record in this case and the district court's Amended Order, dated July 18, 2000, dismissing appellant's complaint. We find that, because the defendants are entitled to absolute judicial immunity, the current action is frivolous and that appellant could prove no set of facts which would entitle him to relief. In so concluding, we rely on essentially the reasons stated by the district court in the Amended Order. Accordingly, the judgment of the district court is <u>summarily affirmed</u>. <u>See</u> Local Rule 27(c).

By the Court:

PHOEBE MORSE
<u>Clerk</u>.

[ Cert copy to Judge Dominguez and Frances Rios De Moran, Clerk of DCPR ]
[ cc: Mr. Ruiz-Rivera ]

Certified and Issued
as mandate under
Fed. R. App. P. 41

Clerk
Deputy Clerk

**EXHIBIT 3**