**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

INSTITUTO DE EDUCACION UNIVERSAL,
et al.

    **V.**　　　　　　　　　　　　　**CASE NUMBER:** CIVIL 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** 8/19/05　**Docket #** 92<br>[X] **Plaintiff ANGEL RUIZ RIVERA**<br><br>**Title:** Motion For Relief of Judgment | This motion shall be **STRICKEN** in accordance with our Order of December 8, 2004 (docket No. 79). |

　　　　　　　　　　　　　　　　　S/Raymond L. Acosta
September 15, 2005　　　　　**RAYMOND L. ACOSTA**
　　　**Date**　　　　　　　　　**U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |