**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

INSTITUTO DE EDUCACION UNIVERSAL,
et al.

      **V.**                          **CASE NUMBER:** CIVIL 98-2225 (RLA)

UNITED STATES DEPARTMENT OF
EDUCATION

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/25/05  **Docket #** 95<br>[X] **Co-Plaintiff** INSTITUTO DE EDUCACION UNIVERSAL<br><br>**Title:** Motion For Relief From Judgment | **DENIED.** This action is on appeal. |

                                      S/Raymond L. Acosta
  January 18, 2006        **RAYMOND L. ACOSTA**
      **Date**                  **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |