UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** March 30, 2006

**DC #:** 98-2225 (RLA)
**Related USCA Case #:** 05-1775

| | | | |
|---|---|---|---|
| **APPEAL FEE PAID:** | YES ____ | NO  X  |
| **CASE CAPTION:** | Angel Ruiz-Rivera   v.   Instituto de Educación Universal |
| **IN FORMA PAUPERIS:** | YES ____ | NO  X  |
| **MOTIONS PENDING:** | YES ____ | NO  X  |

**NOTICE OF APPEAL FILED BY:** Plaintiff

**APPEAL FROM:** Order entered on 01/18/06

**SPECIAL COMMENTS:** Original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                               **VOLUMES:**

**Docket Entries   93-97**                                                        I

**(Docket Entries   1-87 certified on 05/26/05; refer to USCA Case #05-1775)**

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk